UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES BOYD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14-CV-1435-JAR ) |
| CONAGRA FOODS, INC., | ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Judgment on the Pleadings (Doc. 11) that the Court upon review construes as a Motion for More Definite Statement.

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 11) is **GRANTED in part.**

**IT IS FURTHER ORDERED** that Plaintiff file an amended complaint with a more definite statement within ten (10) days of the date of this order.

**IT IS FURTHER ORDERED** that the Rule 16 conference in this matter is rescheduled for **December 19, 2014 at 10 a.m.** The Court notes that Plaintiff has submitted a Joint Scheduling Plan (*Plaintiff's Only*) (Doc. 16) that does not meet the Court's requirements (Doc. 10 at 2-3) ("Only <u>one</u> proposed scheduling plan may be submitted in any case, and it must be signed by counsel for <u>all</u> parties.") The Parties' Joint Proposed Scheduling Plan is now due **December 12, 2014.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Stay (Doc. 13) is **DENIED as MOOT.**

Dated this 10th day of November, 2014.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE